May Term, 1839.

WOLF v. BLUE.

---

WOLF *v.* BLUE.—In ' error.

REPLEVIN. Plea, property in the defendant. Verdict for the defendant, assessing his damages at 40 dollars and 75 cents. Judgment that the defendant have a return of the goods, and recover the damages assessed with costs.

*Held,* that the assessment of damages was surplusage, that that part of the judgment which was founded upon it was erroneous, and that the residue of the judgment was right. *White* v. *Lloyd et al.* 3 Blackf. 390.